PROB 12C
(6/16)

Report Date: March 9, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Randy Del McReynolds | Case Number: 0980 2:11CR00027-WFN-1 |
| Address of Offender: | Spokane, Washington 99205 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 14, 2013

Original Offense:    Failure to Surrender for Service of Sentence, 18 U.S.C. § 3146(a)(2)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 15 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: | June 22, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | June 21, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |
| 2 | **Mandatory Condition #5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |

**Supporting Evidence**: The offender is alleged to have violated mandatory conditions number 2 and 5, by possessing a firearm on or about March 9, 2021.

On June 26, 2018, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements. Specifically, he was made aware by the U.S. probation officer that he shall not commit another federal, state or local crime. Further, he was made aware by the U.S. probation officer that he must not possess a firearm, ammunition, destructive device, or dangerous weapon.

On March 9, 2021, the U.S. Probation Office conducted a search of the offender's residence with assistance from an agent with the Bureau of Alcohol, Tobacco, and Firearms. During the execution of the search, officers discovered a Ruger GP100 revolver loaded with 6 rounds of ammunition located in a backpack in the offender's bedroom closet.

| | | |
|---|---|---|
| 3 | | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |
| 4 | | **Mandatory Condition #5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |

**Supporting Evidence**: The offender is alleged to have violated mandatory conditions number 2 and 5, by possessing ammunition on or about March 9, 2021.

On June 26, 2018, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements. Specifically, he was made aware by the U.S. probation officer that he must not possess a firearm, ammunition, destructive device, or any other dangerous weapon. Further, he was made aware that he must not commit another federal, state, or local crime.

On March 9, 2021, the U.S. Probation Office conducted a search of the offender's residence with assistance from an agent with the Bureau of Alcohol, Tobacco, and Firearms. During the execution of the search, officers located several rounds of ammunition in the offender's bedroom closet. Further, numerous additional rounds of ammunition were discovered in the hallway closet of the residence.

As previously noted, a firearm containing 6 rounds of ammunition was also discovered in the offender's bedroom closet.

| | | |
|---|---|---|
| 5 | | **Standard Condition #7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. |

**Supporting Evidence**: The offender is alleged to have violated standard condition number 7, by possessing a controlled substance, methamphetamine, on or about March 9, 2021. Further, it is alleged that he possessed paraphernalia related to the aforementioned controlled substance on this same date.

On June 26, 2018, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements. Specifically, he was made aware by the U.S. probation officer that he must not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed be a physician.

On March 9, 2021, the U.S. Probation Office conducted a search of the offender's residence with assistance from an agent with the Bureau of Alcohol, Tobacco, and Firearms. During the execution of the search, officers discovered a small tupperware container with a trace amount of an unknown substance located in the offender's bedroom dresser drawer. Subsequently, a field test was conducted and the substance returned positive for methamphetamine.

Additionally, officers found a digital scale and a syringe with approximately 70 units of an unknown liquid located in a dresser drawer in the offender's bedroom. The unknown liquid will be sent off for further testing to determine if it is a controlled substance.

Prob12C
Re: McReynolds, Randy Del
March 9, 2021
Page 3

| | | |
|---|---|---|
| 6 | **Mandatory Condition #5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. | |

**Supporting Evidence:** The offender is alleged to have violated mandatory condition number 5, by possessing dangerous weapons on or about March 9, 2021.

On June 26, 2018, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements. Specifically, he was made aware by the U.S. probation officer that he must not possess a firearm, ammunition, destructive device, or other dangerous weapon.

On March 9, 2021, the U.S. Probation Officer conducted a search of the offender's residence with the assistance from an agent with the Bureau of Alcohol, Tobacco, and Firearms. During the execution of the search, officers discovered brass knuckles and a double-bladed circular knife located in the offender's bedroom.

On this same date, officers also discovered a knife that was approximately 12 inches in length located in a backpack in the hallway closet. Additionally, a second knife that was approximately 8 inches in length was found in the offender's bedroom.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 9, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*(signature)*

Signature of Judicial Officer

3/10/2021
Date